# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT HERNANDEZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00880- |
| | § | ALM-AGD |
| AMERICAN HONDA MOTOR CO., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 29, 2025, the Report of the Magistrate Judge, (Dkt. #61), was entered containing proposed findings of fact and recommendation that Defendant TSY America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FED. R. CIV. P. 12(b)(2) (Dkt. #52) be denied.

On November 12, 2025, Defendant TSY America, Inc. filed timely objections to the Report (Dkt. #62). On November 26, 2025, Plaintiffs filed a response to the objections (Dkt. #66). The Court has conducted a de novo review of the objections and the portions of the Report to which Defendant TSY America, Inc. specifically objects, along with Plaintiffs' response and all other

relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate

Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendant TSY America, Inc.'s Motion to Dismiss for

Lack of Personal Jurisdiction Pursuant to FED. R. CIV. P. 12(b)(2) (Dkt. #52) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 25th day of February, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE